## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **Case No. 8:12CR311** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DONALD WIGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Donald Wiggins' Motion to Review Detention (#356).  The defendant moves the court for release from incarceration so that he may attend a Salvation Army adult rehabilitation program.  The defendant is currently in custody for reasons set out in the court's October 22, 2012 Detention Order (#110) and is set for trial on June 24, 2013 before the Honorable Joseph F. Bataillon.

After reviewing the motion and the defendant's September 27, 2012 Pretrial Services Report (#24), I find the motion should be denied.  A review of the defendant's Pretrial Services report shows the defendant has a significant prior criminal record, including three prior felony convictions (1986, 1991, and 2010).  Additionally, I would note that the proposed release plan fails to rebut the presumption of detention under 18 U.S.C. § 3142(e).

**IT IS ORDERED** that defendant's Motion to Review Detention (#356) is denied without hearing.

Dated this 3rd day of June 2012.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge