IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiffs,<br><br>      vs.<br><br>DONALD WIGGINS,<br><br>             Defendant. | 8:12CR311<br><br>**ORDER** |

     Defendant Donald Wiggins appeared before the court on March 18, 2015 on a Petition for Warrant for Offender Under Supervision [707]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Douglas J. Amen for Kimberly C. Bunjer. Defendant waived his right to a preliminary examination. The government moved for detention. A Detention hearing was held on Friday, April 17, 2015. The United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The government withdrew its oral motion for detention provided that the defendant be released on the modified condition stated on the record. Therefore, the defendant will be released on current and modified conditions of supervision.

     I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

     IT IS ORDERED:

     1.    A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 8, 2015 at 1:30 p.m. Defendant must be present in person.

     2.    The defendant is to be released on current and modified conditions of supervision at a later date.

     Dated this 17th day of April, 2015

                                  BY THE COURT:

                                  s/ F.A. Gossett, III
                                  United States Magistrate Judge